F. C. GERLACH & CO. ET AL. *v.* UNITED STATES

No. 6479.—Invoices dated Stourbridge, England, April 23, 1942, etc.
　　Entered at New York, N. Y., June 8, 1942, etc.
　　Entry No. 754053, etc.

(Decided October 30, 1946)

*Benjamin A. Levett* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

DAVID AITKEN ET AL. *v.* UNITED STATES

No. 6480.—Invoices dated Glasgow, Scotland, March 25, 1941, etc.
　　Certified March 27, 1941, etc.
　　Entered at Los Angeles, Calif., May 6, 1941, etc.
　　Entry No. 5615, etc.

(Decided October 31, 1946)

*Lawrence, Tuttle & Harper* (*George R. Tuttle* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.